UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-23297-BLOOM/Elfenbein

**VICTOR ARIZA**,

    Plaintiff,

vs.

**ARONA CORPORATION (IOWA),
d/b/a ARONA HOME ESSENTIALS,
a foreign for-profit corporation**,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.4, Plaintiff VICTOR ARIZA and Defendant ARONA CORPORATION (IOWA), d/b/a ARONA HOME ESSENTIALS (collectively "Parties") hereby notify the Court that they have reached a resolution in this case. The Parties are finalizing settlement documents and will file a Notice of Dismissal within thirty (30) days.

Dated: January 5, 2026.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 6355 N.W. 36th Street, Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email:duranandassociates@gmail.com |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**GORDON & REES SCULLY MANSUKHANI**
Counsel for Defendant
100 SE Second Street, Suite 3900
Miami, FL 33131
T. 305/428-5322
Email: JLeon@grsm.com
           dsalinas@grsm.com
           MIA_Eservice@gordonrees.com

By      /s/ Jose I. Leon
           JOSE I. LEON
           Fla. Bar No. 958212