UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-23297-BLOOM/Elfenbein

VICTOR ARIZA,

    Plaintiff,

v.

ARONA CORPORATION (IOWA)
*d/b/a* ARONA HOME ESSENTIALS,
*a foreign for-profit corporation*,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Notice of Settlement, ECF No. [28], indicating that the parties have reached a settlement of the claims in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to allow the parties to file appropriate dismissal documentation.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

Case No. 25-cv-23297-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 6, 2026.

                                            **BETH BLOOM**
                                            **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record